**Gerald K. SCHUMER, Appellant,**

v.

**Kathleen K. SCHUMER, Respondent.**

**No. WD 40481.**

Missouri Court of Appeals,
Western District.

May 2, 1989.

Vincent F. Igoe, Jr., Liberty, for appellant.

John Richard Shank, Jr., Gladstone, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM.

Gerald K. Schumer appeals from property allocation order and maintenance in gross award of marital dissolution decree.

Judgment affirmed.  Rule 84.16(b).